IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| US EXTREME WELLNESS LLC, | ) | |
| | ) | NO. 24 CV 4335 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SONORAN HOMEWATCH LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR JUDGMENT**

NOW COMES Plaintiff, US EXTREME WELLNESS LLC, and for its Motion for Judgment against Third-Party Respondent, Walmart, Inc. states:

1. A judgment was entered in favor of Plaintiff and against Defendant Sonoran Homewatch LLC on January 7, 2025 in the amount of $79,800.00 plus accrued interest of $1,357.69, plus costs $859.86, and an award of attorneys' fees in the amount of $2,343.75. See Dkt. 29.

2. On March 31, 2025, a Third-Party Citation to Discover Assets was issued to Walmart, Inc. See Dkt. 31. Walmart, Inc. was served the Third-Party Citation to Discover Assets via its registered agent on April 4, 2025. See Dkt. 33.

3. The Third-Party Citation had a return date of May 1, 2025, by which time Walmart, Inc. was to respond to the Citation. When Walmart, Inc. did not timely respond, Plaintiff sought a conditional judgment. See Dkt. 35.

4. On May 20, 2025, the Court entered the conditional judgment (Dkt. 38) and a summons to confirm the conditional judgment was issued with a return date of June 23, 2025.

5. Walmart, Inc. was served with the summons to confirm the conditional judgment

1

by the Cook County Sheriff's department (See Dkt. 39), but failed to appear or respond to the summons to confirm by June 23, 2025 and to show cause why the judgment should not be made final.

      6.    Given same, Plaintiff requests that the conditional judgment against Walmart, Inc. be made final, and that judgment be entered in its favor and against Walmart, Inc. in the amount of $79,800.00 plus accrued interest of $1,357.69, plus costs $859.86, and an award of attorneys' fees in the amount of $2,343.75, plus statutory judgment interest running at 9% from the date of judgment until paid in full.

WHEREFORE, Plaintiff, US EXTREME WELLNESS LLC, respectfully requests judgment be entered in its favor and against Walmart, Inc. in the amount of $79,800.00 plus accrued interest of $1,357.69, plus costs $859.86, and an award of attorneys' fees in the amount of $2,343.75, plus statutory judgment interest running at 9% from the date of judgment until paid in full, and for any and all other relief as the Court sees fit.

Dated: July 2, 2025

                              Respectfully Submitted,

                              US EXTREME WELLNESS LLC

                              By: /s/ Kevin K. McCormick
                                  Kevin K. McCormick

**MCCORMICK LAW**
10 E. Scranton Ave., Suite 201
Lake Bluff, Illinois 60044
(847) 629-0697
Illinois ARDC #6286831
Email: kevin@mccormicklawllc.com